**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Macario PAZ, Jr., Defendant–Appellant.**

**No. 14–10319**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 10, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, John Preston Bradford, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Christopher Allen Curtis, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Macario Paz, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Paz has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Paz's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.